■ TOWN OF DANBY, Respondent, v GENERAL ACCIDENT GROUP, Appellant. — Appeal from an order of the Supreme Court at Special Term (Ellison, J.), entered August 28, 1980, in Tompkins County, which granted plaintiff's motion for summary judgment and declared that defendant had a duty to defend plaintiff in an action commenced in Federal court. Order affirmed, with costs, on the opinion of Mr. Justice William N. Ellison at Special Term. Mahoney, P. J., Sweeney, Casey, Yesawich, Jr., and Herlihy, JJ., concur.